IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ELOISA J. CARILLO,**

      **Plaintiff,**

v.                                         **No. CV 09–0358 LAM**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**
**Administration,**

      **Defendant.**

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW**
**MICHAEL D. ARMSTRONG AS ATTORNEY FOR PLAINTIFF**

      **THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion to Withdraw Michael D. Armstrong as Attorney for Plaintiff* (*Doc. 15*), filed on November 18, 2009. The Court has considered the motion and **FINDS** that it complies with D. N.M. LR-Civ. 83.8(a) and should be **GRANTED**.

      **IT IS THEREFORE ORDERED** that Plaintiff's *Unopposed Motion to Withdraw Michael D. Armstrong as Attorney for Plaintiff* (*Doc. 15*) is **GRANTED**, and Plaintiff will proceed in this action *pro se* until she can obtain other representation.

      **IT IS FURTHER ORDERED** that the Clerk update the docket of this case to reflect that Plaintiff is proceeding *pro se* and that all notices and filings shall be sent to the address listed for her in Plaintiff's *Unopposed Motion to Withdraw Michael D. Armstrong as Attorney for Plaintiff* (*Doc. 15*) at page 2.

      **IT IS SO ORDERED.**

                                                    */s/ Lourdes A. Martínez*
                                                    **LOURDES A. MARTÍNEZ**
                                                    **UNITED STATES MAGISTRATE JUDGE**