IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ELOISA J. CARRILLO,

        Plaintiff,

v.                                                                              CIV No. 09-0358 LAM

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

## ORDER GRANTING EAJA FEES

**THIS MATTER** is before the Court on Plaintiff's *Motion for Attorney Fees Under Equal Access to Justice Act, With Memorandum in Support Thereof* (hereinafter, "*Motion*") (*Doc. 31*). The Court has considered the *Motion* (*Doc. 31*), the affidavits of attorney and staff time spent (*Docs. 31-2, 31-3, 31-4*), Defendant's *Response to Plaintiff's Motion for Attorney Fees Under Equal Access to Justice Act* (*Doc. 32*), and the relevant law. The Defendant does not oppose the *Motion*. The Court, therefore, will **GRANT** the *Motion*.

**IT IS THEREFORE HEREBY ORDERED** that Plaintiff's *Motion* (*Doc. 31*) is **GRANTED**, and Plaintiff Eloisa J. Carrillo is authorized to receive **$4,262.20** for payment to her attorney for services before this Court, in accordance with *Manning v. Astrue*, 510 F.3d 1246 (10th Cir. 2007).[1]

**IT IS SO ORDERED**.

_____
THE HONORABLE LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**

---

[1] If Plaintiff's attorney is also awarded fees under 42 U.S.C. § 406(b) for work in this case, the smaller of the two awards must be returned to Plaintiff. *See Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).